| Case Number | Case Caption | Date Filed | Date Terminated | Case Link |
|---|---|---|---|---|
| 1:2019cv00107 | Byron Breeze Jr. v. AC Ocean Walk LLC | 1/4/2019 | 3/27/2019 | https://ecf.njd.uscourts.gov/cgi-bin/iqquerymenu.pl?390906 |
| 1:2019cv00120 | Byron Breeze Jr. v. Boardwalk 1000, LLC | 1/4/2019 | 4/9/2019 | https://ecf.njd.uscourts.gov/cgi-bin/iqquerymenu.pl?390922 |
| 1:2019cv00125 | Byron Breeze v. Sonia Hospitality Corporation | 1/4/2019 | 4/8/2019 | https://ecf.njd.uscourts.gov/cgi-bin/iqquerymenu.pl?390926 |
| 1:2019cv00176 | Byron Breeze Jr. v.Wyndham Hotel Group, LLC | 1/7/2019 | 3/18/2019 | https://ecf.njd.uscourts.gov/cgi-bin/iqquerymenu.pl?391011 |
| 1:2019cv00180 | Byron Breeze, Jr. v. WRDH Mt. Laurel LLC | 1/7/2019 | 3/1/2019 | https://ecf.njd.uscourts.gov/cgi-bin/iqquerymenu.pl?391019 |
| 1:2019cv00183 | Byron Breeze v. Flagship Report Development Corporation | 1/7/2019 | 3/21/2019 | https://ecf.njd.uscourts.gov/cgi-bin/iqquerymenu.pl?391021 |
| 2:2019cv00187 | Byron Breeze, Jr. v. Ratan Hospitality Group L.L.C., et al. | 1/7/2019 | 12/9/2019 | https://ecf.njd.uscourts.gov/cgi-bin/iqquerymenu.pl?391027 |
| 1:2019cv00191 | Byron Breeze v. LVC Timeshare Management, LLC | 1/7/2019 | 2/13/2019 | https://ecf.njd.uscourts.gov/cgi-bin/iqquerymenu.pl?391033 |
| 1:2019cv00465 | Byron Breeze v. Ramada Worldwide, Inc. | 1/14/2019 | 3/19/2019 | https://ecf.njd.uscourts.gov/cgi-bin/iqquerymenu.pl?391535 |
| 2:2019cv14029 | Byron Breeze, Jr. v. Eric Richard Company, L.L.C. | 6/20/2019 | 2/11/2020 | https://ecf.njd.uscourts.gov/cgi-bin/iqquerymenu.pl?410078 |
| 2:2020cv01163 | Byron Breeze v. Riviera Hotel Corp | 2/3/2020 | 4/13/2020 | https://ecf.njd.uscourts.gov/cgi-bin/iqquerymenu.pl?426800 |
| 2:2020cv06837 | Byron Breeze, Jr.  v. Haiban Inn LLC | 6/4/2020 | | https://ecf.njd.uscourts.gov/cgi-bin/iqquerymenu.pl?436403 |
| 1:2016cv06955 | Byron Breeze v. Delissimo Deli Corp., et al. | 9/6/2016 | 3/20/2017 | https://ecf.nysd.uscourts.gov/cgi-bin/iqquerymenu.pl?462358 |
| 1:2017cv02723 | Byron Breeze, et al. v. ST Management, Inc. | 4/14/2017 | 11/9/2017 | https://ecf.nysd.uscourts.gov/cgi-bin/iqquerymenu.pl?472475 |
| 1:2017cv07882 | Byron Breeze v. Delissimo Deli Corp., et al. | 10/13/2017 | 10/2/2018 | https://ecf.nysd.uscourts.gov/cgi-bin/iqquerymenu.pl?482150 |
| 1:2017cv08018 | Byron Breeze v. Dyckman Crestview Realty, LLC, et al. | 10/18/2017 | 5/30/2018 | https://ecf.nysd.uscourts.gov/cgi-bin/iqquerymenu.pl?482386 |
| 1:2020cv01102 | Byron Breeze v. Blue Moon Hotel NYC Inc., et al. | 2/7/2020 | | https://ecf.nysd.uscourts.gov/cgi-bin/iqquerymenu.pl?531627 |
| 1:2017cv09020 | Byron Breeze v. PGGS Gourmet, Inc., et al. | 11/17/2017 | 4/27/2018 | https://ecf.nysd.uscourts.gov/cgi-bin/iqquerymenu.pl?484074 |
| 1:2018cv08446 | Byron Breeze v. Carvi Properties Inc. | 9/17/2018 | 1/17/2019 | https://ecf.nysd.uscourts.gov/cgi-bin/iqquerymenu.pl?501014 |
| 1:2018cv08451 | Byron Breeze v. GF Management Realty, LLC | 9/17/2018 | 1/31/2019 | https://ecf.uscourts.gov/cgi-bin/iqquerymenu.pl?501022 |
| 1:2018cv08452 | Byron Breeze v. BD Hotels LLC | 9/17/2018 | 10/10/2018 | https://ecf.nysd.uscourts.gov/cgi-bin/iqquerymenu.pl?501025 |
| 1:2017cv09186 | Byron Breeze v. 53 West 72nd Street Cafe LLC, et al. | 11/22/2017 | 4/27/2018 | https://ecf.nysd.uscourts.gov/cgi-bin/iqquerymenu.pl?484334 |
| 1:2017cv09616 | Byron Breeze v. Partnership 92 West L.P., et al. | 12/7/2017 | 3/23/2018 | https://ecf.nysd.uscourts.gov/cgi-bin/iqquerymenu.pl?485028 |
| 1:2018cv00352 | Byron Breeze v. Chop't Creative Salad Company LLC | 1/15/2018 | 6/21/2018 | https://ecf.nysd.uscourts.gov/cgi-bin/iqquerymenu.pl?486688 |
| 1:2018cv01322 | Byron Breeze, Jr. v. Mama's Spice, Inc., et al. | 2/14/2018 | 10/10/2018 | https://ecf.nysd.uscourts.gov/cgi-bin/iqquerymenu.pl?488523 |
| 1:2018cv08141 | Byron Breeze v. The Sherry-Netherland, Inc., et al. | 9/6/2018 | 12/13/2018 | https://ecf.nysd.uscourts.gov/cgi-bin/iqquerymenu.pl?500486 |
| 1:2018cv08915 | Byron Breeze v. Elysee Management, Inc. | 9/28/2018 | 10/17/2018 | https://ecf.nysd.uscourts.gov/cgi-bin/iqquerymenu.pl?501839 |
| 1:2018cv08918 | Byron Breeze v. Silver Autumn Hotel (N.Y.) Corporation Limited | 9/28/2018 | 2/15/2019 | https://ecf.nysd.uscourts.gov/cgi-bin/iqquerymenu.pl?501842 |
| 1:2018cv09064 | Byron Breeze v. 401 Hotel Management Company, L.L.C. | 10/3/2018 | 12/10/2018 | https://ecf.nysd.uscourts.gov/cgi-bin/iqquerymenu.pl?502103 |
| 1:2018cv09097 | Byron Breeze v. Metropolitan 58th Street Associates, LLC | 10/4/2018 | 12/14/2018 | https://ecf.nysd.uscourts.gov/cgi-bin/iqquerymenu.pl?502168 |
| 1:2018cv09811 | Byron Breeze v. Chambers Hotel Corporation | 10/24/2018 | 11/30/2018 | https://ecf.nysd.uscourts.gov/cgi-bin/iqquerymenu.pl?503389 |
| 1:2018cv09814 | Byron Breeze v. O. Park Central LLC | 10/24/2018 | 1/16/2019 | https://ecf.nysd.uscourts.gov/cgi-bin/iqquerymenu.pl?503392 |
| 1:2018cv09816 | Byron Breeze v. Lowell Hotel Associates, L.P. | 10/24/2018 | 12/27/2018 | https://ecf.nysd.uscourts.gov/cgi-bin/iqquerymenu.pl?503396 |
| 1:2018cv09817 | Byron Breeze v. Da-Vinci Hotel Corp. | 10/24/2018 | 1/22/2019 | https://ecf.nysd.uscourts.gov/cgi-bin/iqquerymenu.pl?503399 |
| 1:2018cv07841 | Byron Breeze, Jr., et al. v. Cosmopolitan Broadcasting Corporation | 8/28/2018 | 2/22/2019 | https://ecf.nysd.uscourts.gov/cgi-bin/iqquerymenu.pl?499998 |
| 1:2019cv00257 | Byron Breeze v. Trust Hospitality LLC | 1/9/2019 | 6/11/2019 | https://ecf.nysd.uscourts.gov/cgi-bin/iqquerymenu.pl?508092 |
| 1:2019cv00259 | Byron Breeze v. Cachet Hotel Americas Corporation | 1/9/2019 | 6/7/2019 | https://ecf.nysd.uscourts.gov/cgi-bin/iqquerymenu.pl?508094 |

## **EXHIBIT 1**

| Case Number | Case Name | Filed | Closed | Link |
|---|---|---|---|---|
| 1:2019cv01473 | Byron Breeze v. HSF New York, Inc. | 2/15/2019 | 9/20/2019 | https://ecf.nysd.uscourts.gov/cgi-bin/iqquerymenu.pl?510234 |
| 1:2019cv01474 | Byron Breeze v. 24 E 39 LLC | 2/15/2019 | 4/4/2019 | https://ecf.nysd.uscourts.gov/cgi-bin/iqquerymenu.pl?510235 |
| 1:2019cv01476 | Byron Breeze v. Beekman Towers Holdings, LLC | 2/15/2019 | 6/11/2019 | https://ecf.nysd.uscourts.gov/cgi-bin/iqquerymenu.pl?510237 |
| 1:2019cv02234 | Byron Breeze v. SHK Management, Inc. | 3/12/2019 | 5/7/2019 | https://ecf.nysd.uscourts.gov/cgi-bin/iqquerymenu.pl?511698 |
| 1:2019cv02235 | Byron Breeze v. Hotel Casablanca, Inc. | 3/12/2019 | 6/10/2019 | https://ecf.nysd.uscourts.gov/cgi-bin/iqquerymenu.pl?511703 |
| 1:2019cv06079 | Byron Breeze v. 1414 Holdings, L.L.C. | 6/28/2019 | 8/13/2019 | https://ecf.nysd.uscourts.gov/cgi-bin/iqquerymenu.pl?518471 |
| 1:2019cv06504 | Byron Breeze v. Morgans Hotel Group Management LLC | 7/12/2019 | 10/17/2019 | https://ecf.nysd.uscourts.gov/cgi-bin/iqquerymenu.pl?519151 |
| 1:2019cv06505 | Byron Breeze v. 235 Hotel LLC | 7/12/2019 | | https://ecf.nysd.uscourts.gov/cgi-bin/iqquerymenu.pl?519152 |
| 1:2020cv00690 | Byron Breeze v. 246 Spring Street (NY), LLC | 1/24/2020 | 4/14/2020 | https://ecf.nysd.uscourts.gov/cgi-bin/iqquerymenu.pl?530780 |
| 1:2020cv02824 | Byron Breeze, Jr. v. Hotel Hive DC L.L.C. | 10/5/2020 | 1/25/2021 | https://ecf.dcd.uscourts.gov//cgi-bin/iqquerymenu.pl?222743 |
| 1:2021cv00723 | Byron Breeze, Jr. v. GMG Restaurants L.L.C., et al. | 3/19/2021 | | https://ecf.dcd.uscourts.gov//cgi-bin/iqquerymenu.pl?229040 |
| 1:2021cv00725 | Byron Breeze, Jr. v. Sushi Hachi Inc., et al. | 3/19/2021 | | https://ecf.dcd.uscourts.gov//cgi-bin/iqquerymenu.pl?229042 |
| 1:2020cv02844 | Byron Breeze, Jr. v. Henley Park Hotel, Inc. | 10/6/2020 | | https://ecf.dcd.uscourts.gov//cgi-bin/iqquerymenu.pl?222795 |
| 1:2020cv02943 | Byron Breeze, Jr. v. Honeybee Hospitality LLC | 10/14/2020 | 12/23/2020 | https://ecf.dcd.uscourts.gov//cgi-bin/iqquerymenu.pl?223014 |
| 1:2020cv02994 | Byron Breeze, Jr. v. Kazemzadeh, et al. | 10/19/2020 | 2/22/2021 | https://ecf.dcd.uscourts.gov//cgi-bin/iqquerymenu.pl?223162 |
| 1:2021cv00753 | Byron Breeze, Jr. v. Kabila Inc., et al. | 3/22/2021 | | https://ecf.dcd.uscourts.gov//cgi-bin/iqquerymenu.pl?229126 |
| 1:2021cv00649 | Byron Breeze, Jr. v. 1801 Corporation, et al. | 3/11/2021 | | https://ecf.dcd.uscourts.gov//cgi-bin/iqquerymenu.pl?228641 |
| 1:2021cv00692 | Byron Breeze, Jr. v. Melben Inc., et al. | 3/16/2021 | | https://ecf.dcd.uscourts.gov//cgi-bin/iqquerymenu.pl?228850 |
| 1:2021cv00693 | Byron Breeze, Jr. v. Green Zone, LLC, et al. | 3/16/2021 | | https://ecf.dcd.uscourts.gov//cgi-bin/iqquerymenu.pl?228851 |
| 2:2020cv06890 | Byron Breeze, Jr. v. Global Serviced Apartments LLC | 6/5/2020 | 7/22/2020 | https://ecf.njd.uscourts.gov/cgi-bin/iqquerymenu.pl?436490 |
| 2:2020cv06913 | Byron Breeze, Jr. v. Ubliss Info Inc. | 6/5/2020 | 3/3/2021 | https://ecf.njd.uscourts.gov/cgi-bin/iqquerymenu.pl?436521 |
| 1:2020cv00309 | Byron Breeze, Jr. v. Ding Fa Realty LLC | 1/17/2020 | 11/3/2020 | https://ecf.nyed.uscourts.gov/cgi-bin/iqquerymenu.pl?443987 |
| 1:2020cv03853 | Byron Breeze, Jr. v. John Hotel Inc. | 8/21/2020 | 12/28/2020 | https://ecf.nyed.uscourts.gov/cgi-bin/iqquerymenu.pl?451928 |
| 1:2018cv09413 | Byron Breeze, Jr. v. Samson Management LLC, et al. | 10/15/2018 | 12/19/2018 | https://ecf.nysd.uscourts.gov/cgi-bin/iqquerymenu.pl?502764 |
| 1:2018cv09615 | Byron Breeze, Jr. v. Beacon Hotel L.L.C. | 10/19/2018 | 4/1/2019 | https://ecf.nysd.uscourts.gov/cgi-bin/iqquerymenu.pl?503103 |
| 1:2018cv09622 | Byron Breeze, Jr. v. Excelsior Syndicate Inc. | 10/19/2018 | 2/19/2019 | https://ecf.nysd.uscourts.gov/cgi-bin/iqquerymenu.pl?503113 |
| 1:2018cv09627 | Byron Breeze, Jr. v. Mark Hotel LLC | 10/19/2018 | 1/22/2019 | https://ecf.nysd.uscourts.gov/cgi-bin/iqquerymenu.pl?503122 |
| 1:2018cv09635 | Byron Breeze, Jr. v. The Carlyle, LLC | 10/19/2018 | 3/1/2019 | https://ecf.nysd.uscourts.gov/cgi-bin/iqquerymenu.pl?503139 |
| 1:2018cv09676 | Byron Breeze, Jr. et al v. Carnegie Hotel LLC | 10/22/2018 | 1/25/2019 | https://ecf.nysd.uscourts.gov/cgi-bin/iqquerymenu.pl?503172 |
| 1:2019cv01739 | Byron Breeze, Jr. v. Healthy Food Enterprises, III, Inc., et al. | 2/25/2019 | 12/16/2019 | https://ecf.nysd.uscourts.gov/cgi-bin/iqquerymenu.pl?510682 |
| 1:2019cv02156 | Byron Breeze, Jr. v. Faces & Names, Inc., et al. | 3/8/2019 | 8/22/2019 | https://ecf.nysd.uscourts.gov/cgi-bin/iqquerymenu.pl?511536 |
| 1:2019cv02236 | Byron Breeze, Jr. v. WA Restaurant Inc., et al. | 3/12/2019 | 5/9/2019 | https://ecf.nysd.uscourts.gov/cgi-bin/iqquerymenu.pl?511704 |
| 1:2020cv04270 | Byron Breeze, Jr. v. 3232 Hotel LLC | 6/4/2020 | 6/30/2020 | https://ecf.nysd.uscourts.gov/cgi-bin/iqquerymenu.pl?538128 |
| 1:2020cv06803 | Byron Breeze, Jr. v. City Club Hotel, LLC | 8/24/2020 | 10/28/2020 | https://ecf.nysd.uscourts.gov/cgi-bin/iqquerymenu.pl?542848 |
| 1:2020cv06954 | Byron Breeze, Jr. v. H & K Hotel Corp. | 8/27/2020 | 1/16/2021 | https://ecf.nysd.uscourts.gov/cgi-bin/iqquerymenu.pl?543166 |
| 1:2020cv07891 | Byron Breeze, Jr. v. James Knowles & Company, LLC | 9/24/2020 | 10/16/2020 | https://ecf.nysd.uscourts.gov/cgi-bin/iqquerymenu.pl?544951 |

**EXHIBIT 1**