UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

-----------------------------------------------------------X

BYRON BREEZE, JR.,  CASE NO.: 1:21-cv-00649-BAH
*an individual,*
c/o Bashian & Papantoniou, P.C.
500 Old Country Road, Suite 302
Garden City, New York 11530

    Plaintiff,

    v.

1801 CORPORATION,
d/b/a Pupatella Dupont,
*a District of Columbia corporation*,
c/o Michael A. Berger, 947 14th Street NE,
Washington, DC 20003,
and Rock Creek – 1801 18th LLC,
*a District of Columbia limited liability company,*
c/o GYFB Inc., 1200 New Hampshire Avenue, NW
Suite 555, Washington, DC 20036,

    Defendants.

-----------------------------------------------------------X

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO OPPOSE DEFENDANTS' MOTIONS TO DISMISS

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Chief Judge Beryl A. Howell's Standing Order for Civil Cases Guideline 6, Plaintiff respectfully requests an extension of time to file its memorandum of points and authorities in opposition to the Motions ("Opposition").

Defendant Rock Creek – 1801 18th LLC's ("Rock Creek") motion to dismiss (D.E. 6, 6-1 and 6-2) was filed on April 5, 2021. Defendant 1801 Corporation d/b/a Pupatella Dupont's ("Pupatella") motion to dismiss D.E. 7, 7-1-7-4) was filed on April 6, 2021. Plaintiff's Opposition to Rock Creek's motion to dismiss is currently due by April 19, 2021 and Plaintiff's Opposition to Pupatella's motion to dismiss is due by April 20, 2021 (hereinafter the Rock Creek motion to dismiss and Pupatella motion to dismiss shall collectively be referred to as the "Motions").

Undersigned counsel for Plaintiff is seeking to file one set of Opposition papers to the Motions, which were both received last week.  In addition, on April 12, 2021, the parties met and conferred about the contents of the Motions and intend to conclude their discussions concerning the Motions and this action shortly thereafter.   Accordingly, Plaintiff seeks a 14-day extension of time (up to and including May 4, 2021) in order to fully review the Motions and file his Opposition, to the extent it is necessary.  In return, the Defendants are seeking a 10-day extension of time to file their reply memorandum to the Opposition (up to and including May 14, 2021).

To date, there have been no requests for any extensions in this action or with respect to the Motions, and an extension would not impact any future deadlines, other than the return dates of the Motions.  Defendants' counsel consents to the requested extension of time proposed herein.

Plaintiff is mindful that Chief Judge Beryl A. Howell's Standing Order for Civil Cases instructs that motions for extensions of time shall be filed at least four days prior to the expiration of the deadline and this motion for an extension of time complies with this Honorable Court's directives.  Accordingly, Plaintiff respectfully requests that this Honorable Court grant the request submitted herein.

Dated:  April 12, 2021

Respectfully submitted,

Bashian & Papantoniou, P.C.

By: /s/ *Erik M. Bashian*
Erik M. Bashian, Esq.
*Counsel for Plaintiff Byron Breeze*
500 Old Country Road, Suite 302
Garden City, NY 11530
Tel. (516) 279-1554
Fax. (516) 213-0339
Email. eb@bashpaplaw.com
D.C. Bar No. 1657407

## CERTIFICATE OF SERVICE

I hereby certify that, on this 12th day of April, 2021, a copy of the foregoing was served via this Court's electronic filing system on all parties of record:

>Rebecca L. Dannenberg, Esq., DC Bar No. 478216
>Franklun & Prokopik
>2325 Dulles Corner Boulevard, Suite 1150
>Herndon, VA 20171
>Tel. (703) 793-1800
>Fax. (703) 793-0298
>rdannenberg@fanpnet.com
>*Counsel for Rock Creek-1801 18th, LLC*

>Christina M. Heischmidt, Esq., DC Bar No. 1006759
>Elisabeth L. Shu, Esq., DC Bar No. 982704
>Wilson Elser
>8444 Westpark Drive – Suite 510
>McLean, Virginia 22102
>Tel. (703) 245-9300
>Fax. (703) 245-9301
>Christina.Heischmidt@wilsonelser.com
>Elizabeth.Shu@wilsonelser.com
>*Counsel for Defendant 1801 Corporation d/b/a Pupatella Dupont*

>>*/s/ Erik M. Bashian*
>>Erik M. Bashian, Esq.