UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| BYRON BREEZE, JR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>1801 CORPORATION, d/b/a Pupatella Dupont, and )<br>Rock Creek – 1801 18th LLC, )<br>)<br>Defendants. ) | Case No. 1:21:-cv-00649-BAH |

### STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Byron Breeze, Jr. and Defendants 1801 CORPORATION d/b/a Pupatella Dupont and Rock Creek – 1801 18th LLC, through their undersigned respective counsel, that the above-entitled action be, and the same hereby is, dismissed with prejudice, with each party to bear its own attorneys' fees and costs, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The Clerk shall note this case as closed.

253446851v.1

Dated: April 30, 2021

**BASHIAN & PAPANTONIOU, P.C**

By: _____

Erik M. Bashian, Esq.
500 Old Country Road, Suite 302
Garden City, NY 11530
Phone: (516) 279-1555
Email: eb@bashpaplaw.com
*Attorney for Plaintiff*

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**

By: _____

Elisabeth L. Shu, Esq.
8444 Westpark Drive, Suite 510
McLean, VA 22102
Phone: (703) 852-7793
Email: lisa.shu@wilsonelser.com
*Attorney for Defendant
1801 CORPORATION*

**FRANKLIN & PROKOPIK**

By: _____ DC Bar No.: 478216

Rebecca L. Dannenberg, Esq.
2325 Dulles Corner Boulevard, Suite 1150
Herndon, Virginia 20171
Phone: (703) 793-1800
Email: rdannenberg@fandpnet.com
*Attorney for Defendant Rock Creek –
1801 18th LLC*

**SO ORDERED:**

_____

Hon. Beryl A. Howell